**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  GRACE SARAH VIDUREK.,

|  |  |
|---|---|
| Plaintiff, | 25 **CIVIL** 4440 (JAV)(GS) |
| -v- | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, |  |
| Defendant. |  |

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated July 14, 2025, this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to offer Plaintiff the opportunity for a hearing regarding the issue of whether she is entitled to disability benefits under Title II and/or Title XVI of the Social Security Act based on application filing dates earlier than February 8, 2018. See Shalala v. Schaefer. 509 U.S. 292 (1993).

**Dated:**  New York, New York

       July 15, 2025

                                                                                **TAMMI M. HELLWIG**
                                                                                _____
                                                                                 **Clerk of Court**

                                                       **BY:**        _____
                                                                                 **Deputy Clerk**